DISSENTING OPINION BY JUDGE COSGROVE, There was enough confusion and misinformation in this matter (e.g., mistakenly advising Kathleen Constantini (Claimant) that her appeal was due on June 20, instead of June 21;: the possible “inadvertent[ ] misleading of Claimant] by the Department representative on June 1, 2016;” “[Claimant’s] reasonable] belie[f] that her appeal deadline was June 23, 2016... ”) (R.R. at 21a-24a) that the equitable principles allowing nunc pro tunc relief should apply. See Criss v. Wise, 566 Pa. 437, 781 A.2d 1156 (2001); Bass v. Commonwealth, 485 Pa. 256, 401 A.2d 1133 (1979). As the Majority disagrees, I dissent.